June 16, 2006

Ms. Ruth G. Malinas
Ball & Weed, P.C.
745 East Mulberry, Suite 500
San Antonio, TX 78212-3191

Ms. Mary A. Keeney
Graves Dougherty Hearon & Moody, P.C.
401 Congress Avenue, Suite 2200
Austin, TX 78701-3587

RE: Case Number: 04-1039
 Court of Appeals Number: 08-01-00340-CV
 Trial Court Number: 97-4119

Style: COOPER TIRE & RUBBER COMPANY
 v.
 OSCAR MENDEZ, JR., ET AL.

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed opinion and
judgment in the above-referenced cause.

 Sincerely,
 [pic]

 Andrew Weber, Clerk

 by Gena Pelham, Deputy Clerk
Enclosures
|cc:|Mr. James F. Scherr |
| |Ms. Denise Pacheco |
| |Mr. Waldo Alarcon |
| |Mr. William A. |
| |Worthington |